IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2018 JUL -3 P 4:01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tunifa McKenzie
_____
PLAINTIFF

v.

Follett Corporation
_____
DEFENDANT

CASE ACTION NO.: 3:18-CV-630-TFM
~~420-2018-01441~~

JURY DEMAND (MARK ONE)

☑ YES    ☐ NO

**EEOC COMPLAINT**

1. Plaintiff resides at Alexander City

2. Defendant(s)' name(s) Follett Corporation

   Location of principal office(s) of the named defendant(s) 3 Westbrook Corporate Center, Suite 200, Westchester, IL 60154

   Nature of defendant(s)' business Bookstore

   Approximate number of individuals employed by defendant(s) 300

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☑ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☐ Other acts as specified below: _____

5. Plaintiff is:
   A. ____ Presently employed by the defendant.
   ✓ Not presently employed by the defendant. The dates of employement were
   __Aug 2016__ Employment was terminated because:

   (1) ✓ Plaintiff was discharged.
   (2) ____ Plaintiff was laid off.
   (3) ____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ✓ My race.
   B. ____ My religion.
   C. ____ My sex.
   D. ✓ My national origin.
   E. ____ Other, as specified below:_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) __White female__

8. The alleged discrimination occurred on or about __Aug.-Nov 2017__.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
   __They replaced me because of my background and color!__

10. The alleged illegal activity took place at __Bookstore__

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _____.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _____.

12. I seek the following relief:

    A. ✓ Recovery of back pay.
    B. ___ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: July 3, 2018

Junita McKenzie
Signature of Plaintiff

50 Thomas Road
Alexander City, AL 35010
256-531-3860
Address & Telephone Number of Plaintiff

I, Tunita McKenzie was wrongfully terminated by my employer Follett Corporation based off of a prior misdemeanor conviction that I received in February of 2011 years before ever receiving a job opportunity with this company. Follett Corporation is a bookstore that is located at Central Alabama Community College in Alexander City, Alabama. So I was always starting work on or around when the college semesters begun.

I first started working with Follett in August of 2016 and was discharged from the company on or around February 2017 due to a misdemeanor being on my background. On or around May 2017, I was called back to work with Follett Corporation to help them
get through their rush with school starting and I was discharged from the company again
on or around June 2017. I later went back on or around August of 2017 and I was later terminated again on November 3, 2017 due to the same misdemeanor that has always been on my record. I actually overheard upper management make the comment about replacing employees at our facility with their color of race which was white. The only reason that they could provide to me for terminating me was because of my background,
and I do feel that is wrong, considering the fact that my background took place years before starting work with Follett and that they would have been aware of any charges that
I had in the past. I still have not found anywhere on the application that I ever completed that stated that you cannot work with Follett Corporation due to a misdemeanor. I feel as if I was wrongfully terminated due to me being black and what upper management stated about replacing our facility with their kind of color.

Tunita McKenzie
June 28, 2018

*Tunita McKenzie*
50 Thomas Road
Alexander City 35010