IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TUNITA MCKENZIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-630-WKW |
| | ) | [WO] |
| FOLLETT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 18, 2019, without seeking leave, Plaintiff filed an amended complaint that added "Follett Hgher [sic] Education Group, Inc." as a defendant. (Doc. # 21.) Though the amended complaint was timely under the court's scheduling order (Doc. # 17), it was not filed as a *motion* to amend the complaint as required by Federal Rule of Civil Procedure 15 and the scheduling order. Since the time to amend as a matter of course has passed, *see* Fed. R. Civ. P. 15(a)(1), Plaintiff may only file an amended complaint with the other party's written consent or the court's leave, *see* Fed. R. Civ. P. 15(a)(2). That Plaintiff's first complaint was filed *pro se* does not matter under Rule 15.

Plaintiff's amended complaint will therefore be stricken from the record. If she still seeks to amend her complaint, Plaintiff must file a motion to do so.

It is therefore ORDERED that Plaintiff's amended complaint (Doc. # 21) is STRICKEN from the record.

DONE this 20th day of March, 2019.

                                              /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE